# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANCINA VICTORIA THOMAS,       ) | |
|     Plaintiff,       ) | |
|        ) | **JUDGMENT IN A CIVIL CASE** |
| v.       ) | CASE NO. 5:09-CV-204-D |
|        ) | |
| BETSY JOHNSON REGIONAL HOSPITAL,       ) | |
| INC.,       ) | |
|     Defendant,       ) | |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the Plaintiff has failed to serve the summons and complaint by April 27, 2010. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is DISMISSED without prejudice. See Fed.R.Civ.P.4(m).

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Philip Wayne Barton
P.O. Box 53581
Fayetteville, NC 28305-3581


| | |
|---|---|
| <u>May 24, 2010</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | <u>/s/ Susan K. Edwards</u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |